UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDDIE MALLUK,

          Plaintiff,

– against –

TOWNSQUARE MEDIA, INC.,

          Defendant.

**ORDER**

19 Civ. 6461 (ER)

RAMOS, D.J.:

    On July 11, 2019, Eddie Malluk filed this copyright infringement action against Townsquare Media, LLC ("Townsquare").  Doc. 1.  On August 5, 2019, Townsquare answered.  Since then, neither party has contacted the Court.

    The parties are therefore directed to submit a joint status report by **Monday, December 7, 2020**.  Failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute under Fed. R. Civ. P. 41(b).

    It is SO ORDERED.

Dated:    November 23, 2020
             New York, New York

                                                           EDGARDO RAMOS, U.S.D.J.